**CV 11 4480**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 16 2011 ★
LONG ISLAND OFFICE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:

**FEUERSTEIN, J**

FEIGE ZARETSKY A/K/A
FEIGE SARA ZARETSKY,

                      Debtor(s).

------------------------------------------------------X

Chapter 13

Case No.: 11-74257-REG

**ORDER**

      Upon the Notice of Motion and Application of Feige Zaretsky, with due proof of service thereof, and upon the reading and filing of said Notice of Motion and Application, dated June 22, 2011, and the issues raised by said Application having come on for hearing before this Court on July 13, 2011, and there being papers filed in opposition thereto, and after hearing debtor and Richard F. Artura, Esq., attorney for the creditor in opposition, and due deliberation having been had therein, it is pursuant to 11 U.S.C. 362

      ORDERED, that debtor's Motion to Extend the Automatic Stay is denied.



**Dated: Central Islip, New York**
**July 18, 2011**

                                              **Robert E. Grossman**
                                             **United States Bankruptcy Judge**